**FILED**

10/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0526



## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 21-0526

GEORGE C. WELLS,

      Petitioner,

   v.

JIM SALMONSEN,

      Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

     Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

     DATED:   October 21, 2021.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court